# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 951 MAL 2015

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

MALCOLM JAMAR FULLER, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter